No. 75–1848.  JOHNSON *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 75–1849.  SPAIN *v.* UNITED STATES.  C. A. 7th Cir.
Certiorari denied.

No. 75–1850.  DONAHUE *v.* MASSACHUSETTS.  Sup. Jud.
Ct. Mass.  Certiorari denied.

No. 75–1851.  DELLY *v.* MARYLAND.  Ct. Sp. App. Md.
Certiorari denied.

No. 75–1854.  FULTON MARKET COLD STORAGE CO. *v.*
KORZEN, TREASURER OF COOK COUNTY.  Sup. Ct. Ill.  Cer-
tiorari denied.

No. 75–1855.  CATES *v.* BEAUREGARD ELECTRIC COOPERA-
TIVE, INC., ET AL.  Sup. Ct. La.  Certiorari denied.

No. 75–1856.  PONCIANO ET AL. *v.* UNITED FARM WORKERS
ORGANIZING COMMITTEE ET AL.  Ct. App. Cal., 5th App. Dist.
Certiorari denied.

No. 75–1857.  GABRIEL ET AL. *v.* LEVIN ET AL.  C. A. 2d
Cir.  Certiorari denied.

No. 75–1859.  TAYLOR *v.* LIBERAL MARKET, INC.  C. A.
6th Cir.  Certiorari denied.

No. 75–1860.  JHIRAD *v.* FERRANDINA, U. S. MARSHAL.
C. A. 2d Cir.  Certiorari denied.

No. 75–1863.  LEWIS *v.* LOUISIANA.  Sup. Ct. La.  Certio-
rari denied.

No. 75–1866.  STONAKER *v.* GEORGIA.  Sup. Ct. Ga.  Cer-
tiorari denied.